UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMMI ALLOWITZ,

v.  Case No.8:03-CR-475-T-24MAP
    8:08-CV-163-T-24MAP

UNITED STATES OF AMERICA
_____/

O R D E R

This cause comes on for consideration of Petitioner's Notice of Appeal which the Court construes as a Request for a Certificate of Appealability (CV-D-28).

The Court found Petitioner's § 2255 motion untimely by order dated September 9, 2008. This Court now considers whether Petitioner should be granted a certificate of appealability, pursuant to 28 U.S.C. § 2253 (c)(1)-(3), and if so, which issues should be certified for appeal.

Title 28, United States Code, Section 2253(c)(2) provides:

> A certificate of appealability may issue under paragraph (1) **only if the applicant has made a substantial showing of the denial of a constitutional right.**

28 U.S.C. § 2253(c)(2).

In order to be issued a certificate of appealability under § 2253(c), the Petitioner must make a substantial showing of the denial of a constitutional right, which

demonstration under Barefoot v. Estelle, 463 U.S. 880, 893 (1983), includes showing that 1) the issues are debatable among jurists of reason; 2) a court could resolve the issues differently; or 3) the questions presented are deserving of further proceedings. Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

Applying the Barefoot standard to the instant case, the Court cannot find that the issues raised by the Petitioner's motion are debatable among jurists, that another court would resolve the issues differently, or that the questions raised are deserving of further proceedings. The Court therefore concludes that Petitioner's motion does not warrant a certificate of appealability. Furthermore, the Court finds Petitioner is not entitled to proceed in forma pauperis.

It is therefore ORDERED that:

1) This Court does not find that Petitioner has demonstrated a "substantial showing of the denial of a constitutional right". The Court DECLINES to grant a certificate of appealability and, as such, Petitioner's construed Motion for Certificate of Appealability (D-28) is DENIED. Furthermore, the Court DENIES Petitioner the ability

to proceed on appeal in forma pauperis.

DONE AND ORDERED at Tampa, Florida this 23rd day of September, 2008.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE